PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday      50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers ................................ .85

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ......................... $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary) 1926, net ..................................... $3.00

To non subscribers to Abstract, net.............. $5.00

### THE LAW ABSTRACT COMPANY

Office Editorial Rooms and Library

13916 Euclid Avenue, Cleveland, O.

Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### USING THE ABSTRACT

Some subscribers, open the Abstract, methodically, each week, soon as it reaches them, and ascertain its contents. Some lay it aside to be examined soon as it can be reached, and read it at leisure, which sometimes never comes. Some have the practice of first going through its index to find cases and points of law in which they are interested. In some offices, where there are several lawyers, and after it arrives, a session of them is called, and all gather around the table and the opinions are read and discussion ensues as to their application to cases in which the firm is interested. Some take it home with them for evening reading.

There are some, we are sorry to say, who cast it aside and pigeon hole it, unexamined, thinking they will look at the paper later, which they seldom do; or when they need to, which does not often occur.

We sometimes get an order from a subscriber to discontinue the paper, as he has no use for it. We generally conclude he is one of the pigeon-holeing class, who probably expects the Abstract to open itself up to him, each day, and say to him, "Here, Mr. Lawyer, is some law that it would be well for you to heed or remember."

The Abstract is educational only to lawyers who read it, and the reason why some may think they don't need it is because they treat their whole practice, the same way they neglect the Abstract. The Abstract is worthy of the practitioner's daily or frequent perusal, and his appetite for it, and his need for it, will increase as he feeds it with knowledge of the instances it contains.

---

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Buckeye State B. & L. Co. v. Ryan ............ 20118
DeRan et v. Schmidt ....................... 20103
Halle Bros. Co. et. v. Anthony Carlin Co. et.... 20106
Naus v. Vorndran et ....................... 20107
Penn. Rd. Co. v. Pub. Util. Com....20109 to 20116 inc.
Ruff v. Nash .............................. 20105
Standard Motor Sales Co. v. Miller ........... 20108
State ex Lakewood (City) v. Bernstein et....... 20117
Stophlet et v. Stophlet ..................... 20104

#### SEPT. 27, 1926

20103—H. C. DeRan et v. Harry E. Schmidt; error to the Sandusky Appeals. D. B. Love and H. C. DeRan, Fremont, for pltf.

#### SEPT. 28, 1926

20104—S. W. Stophlet et v. Elizabeth Stophlet; motion for Wayne Appeals to certify. Kean & Adair, Wooster, for pltfs; Critchfield & Etling, Wooster, for deft.

#### SEPT. 29, 1926

20105—Lewis E. Ruff v. Charles Nash; motion for Fairfield Appeals to certify. G. W. Vorys, Lancaster, for pltf; T. M. Potter, New Lexington, for deft.

20106—Halle Bros. Co. et v. Anthony Carlin Co. et; motion for Cuyahoga Appeals to certify. Henderson, Quail, Siddall & Morgan, J. H. Orgill and C. F. Shuler, Cleveland, for pltfs; Mooney, Hahn, Loeser and Keough, Cleveland, for defts.

20107—Clara Ann Naus v. Joseph A. Vorndran et; record certified for review and final determination by Crawford Appeals. Chas. Gallinger, J. W. McCarron Bucyrus, for pltf; Sears & Sears, Bucyrus, for defts.

#### SEPT. 30, 1926

20108—Standard Motor Sales Co. v. Mary C. Miller; motion for Cuyahoga Appeals to certify. W. H. McMorris, E. J. Parker, Cleveland, for pltf; Payer, Winch, Minshall & Karch, Cleveland, for deft.

#### OCT. 1, 1926

20109 to 20116 inclusive—Pennsylvania Rd. Co. v. Public Utilities Commission of Ohio; error to the Pub-